AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | United States Courts | **CRIMINAL COMPLAINT** |
|---|---|---|
| V. | Southern District of Texas | |
| Gustavo Emilio Esparza-Salas | FILED | |
| | *May 10, 2022* | Case Number: M-22-0930-M |
| | Nathan Ochsner, Clerk of Court | |
| IAE   YOB: 1987 | | |
| Mexico | | |
| *(Name and Address of Defendant)* | | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **May 10, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**
*(Track Statutory Language of Offense)*

the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mercedes, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Gustavo Emilio Esparza-Salas was encountered by Border Patrol Agents near Mercedes, Texas on May 10, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on January 15, 2021, near Donna, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on December 3, 2016, through Hidalgo, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On November 23, 2016, the defendant was convicted of 8 USC 1324, transporting an alien within the U.S. for private financial gain, and sentenced to seven (7) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA P. Warner
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

May 10, 2022   4:23 PM

/S/ Oscar Ortiz
Signature of Complainant

Oscar Ortiz   Border Patrol Agent

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer